COMMONWEALTH of Pennsylvania,
Respondent,

v.

Jose CANCEL, Petitioner.

Supreme Court of Pennsylvania.

Sept. 19, 1997.

John W. Packel, Jeffrey P. Shender, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 19th day of September, 1997, the Petition for Allowance of Appeal is hereby GRANTED and the Order of the Superior Court is REVERSED pursuant to *Commonwealth v. Jackson,* —— Pa. ——, 698 A.2d 571 (1997).